UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-14430-KAM

DAVID POSCHMANN,

    Plaintiff,

vs.

PINE GREEN PLAZA, INC.,

    Defendant.

_____/

### ORDER

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (DE 8). It is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of February, 2016.

_____
KENNETH A. MARRA
United States District Judge